GLORIA A. NADOLNY v. JOHN C. SABIA.

March 12, 1985.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits. See *Parks v. Colonial Penn Insurance Co.,* 98 *N.J.* 42 (1984).

STATE OF NEW JERSEY v. LESTER N. CASLOW.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH R. MCMANUS.

March 18, 1985.

Petition for certification denied.